JESSE SHENSON, Appellant, *v.* I. SHAININ & COMPANY, INCORPORATED, et al., Respondents, Impleaded with Others.

(Argued June 5, 1935; decided July 11, 1935.)

*Emil N. Baar, Arthur Block* and *David E. Winer* for appellant.

*Arthur Hutter* for respondents.

Order affirmed, with costs, on the ground there was no authority to enter any judgment by confession (*Trier* v. *Herman*, 115 N. Y. 163). First and third questions certified answered in the negative, and second question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.